IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK GREENVILLE, SC
2017 SEP 13 PM 1: 14

Earl Gavin

        Plaintiff               Civil Action No:

-v-

Transworld Systems Inc

        Defendants

### PLAINTIFF EARL GAVIN AFFIDAVIT IN SUPPORT OF THE COMPLAINT

Comes now Earl Gavin, the affiant, and does solemnly affirm that the statements herein are true and correct in substance and in fact, to wit:

I am competent and qualified to testify as to the facts herein and that I have personal first-hand knowledge of each below.

1. Affiant did not give Transworld Systems Inc or any of their employee or agents permission to call my cellular phone to collect any debt.

2. Affiant confirm that Transworld Systems Inc made multiple calls to his cell phone using automatic recorded message or artificial or prerecorded voices using ATDS capable equipment.

4. Affiant does NOT owe any money nor do he have any financial or contractual obligations to make payments to Transworld Systems Inc

5. Affiant never gave oral or written permission to Transworld Systems Inc or any of its employee or agents to call her cell phone to pay a debt.

6. Affiant confirm that Transworld Systems Inc made several attempt to collect a debt by calling his cell phone and home phone.

7. Affiant never gave Transworld Systems Inc express consent to call his cell phone.

8. Affiant confirm that Transworld Systems Inc made 104 calls between July 2014 thru July 2016.

8. Affiant asked Transworld Systems Inc agents on several occasion to stop call his home and cell phone.

9. Affiant confirm that Transworld Systems Inc and its agents refuse to honor his request to stop calling his cell & home phone.

10. Affiant confirm that Transworld Systems Inc agents admit to me that my name nor my cell or home phone number wasn't in their database - but they still choose to continue to call..

I declare under penalty of perjury that the forgoing is true and correct.

_____
Earl Gavin / Affiant

Witness my hand and official Seal.

Sworn to (or affirmed) and subscribed before me this __9__ day of __September__, 2017

_____ (Notary Seal)
Signature of Notary Public

My Commission Expires: __8/14/26__

(Notary Seal: CHASE HUMPHRIES, NOTARY PUBLIC, SOUTH CAROLINA)