

RECEIVED
USDC, CLERK GREENVILLE, SC

2017 NOV -1  PM 3:26