UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| **EARL GAVIN,** | § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 7:17-cv-02445-TMC-JDA |
| **TRANSWORLD SYSTEMS INC.,** | § § | |
| **Defendants.** | § § § § | |

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant, Transworld Systems, Inc., through counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

1.  Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2.  Transworld Systems, Inc. is a wholly owned subsidiary of Aston Acquisition Corp.  No publicly traded corporation holds 10% or more of its stock.

[SIGNATURE PAGE FOLLOWS]

1

                                      Respectfully submitted,

                                      COLLINS & LACY, P.C.

                                      *s/ Meghan Hazelwood Hall*
                                      MEGHAN HAZELWOOD HALL
                                      Federal Bar No. 11720
                                      mhall@collinsandlacy.com
                                      KELSEY J. BRUDVIG
                                      Federal Bar No. 12329
                                      kbrudvig@collinsandlacy.com
                                      1330 Lady Street, 6th Floor
                                      Columbia, SC  29201-2487
                                      Telephone: (803) 256-2660
                                      Facsimile: (803) 771-4484

                                      *Attorney for Defendant,*
                                      *Transworld Systems, Inc.*

                                      **DEFENDANT'S RULE 7.1 CORPORATE**
                                      **DISCLOSURE STATEMENT**

Columbia, South Carolina
November 9, 2017

## **CERTIFICATE OF SERVICE**
(Case No. 7:17-cv-02445-TMC-JDA)

      The undersigned employee of Collins & Lacy, P.C., hereby certifies that she has served the following named individual(s) with a copy of the pleading(s) indicated below via email and/or by mailing a copy of same to them in the United States mail, with sufficient postage affixed thereto and return address clearly marked on the date indicated below:

Earl Gavin
300 Marion Ave.
Gaffney, SC 39341

**PLEADING: DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

COLLINS & LACY, P.C.

*s/ Meghan Hazelwood Hall*
MEGHAN HAZELWOOD HALL
Federal Bar No. 11720

Columbia, South Carolina
November 9, 2017