# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

Earl Gavin,

        Plaintiff,

                                C/A No: 7:17-cv-02445-DCC-JDA

vs.

Transworld Systems Inc.
        Defendant,

## PLAINTIFF EARL GAVIN AFFIDAVIT IN SUPPORT
## OF THE OPPOSITION TO DEFENDANT MOTION TO DISMISS

Comes now Earl Gavin, the affiant, and does solemnly affirm that the statements herein are true and correct in substance and in fact, to wit:

I am competent and qualified to testify as to the facts herein and that I have personal first-hand knowledge of each below.

1. Affiant did not give Transworld Systems Inc or any of their employee or agents written or oral permission to call his cellular phone to collect any debt.

2. Affiant confirm that Transworld Systems Inc made multiple calls to his cell phone using automatic recorded message or artificial or prerecorded voices using ATDS capable equipment.

3. Affiant never gave Transworld Systems Inc direct express consent to call his cell phone.

4. Affiant confirm that Transworld Systems Inc made 209 calls between July 2014 thru July 2016.

5. Affiant asked Transworld Systems Inc agents on several occasion to stop call his home and cell phone.

6. Affiant confirm that Transworld Systems Inc and its agents refuse to honor his request to stop calling his cell phone.

7. Affiant confirm that the cell phone numbers mention in said complaint was in Plaintiff control or in my possession and was responsible for the monthly payment.

8. Affiant confirm that cell phone 864-300-8825 was in plaintiff possession at the time of all Defendant calls. And said phone was pre-paid cellular service with 300 minutes per month usage.

9. Affiant confirm that cell phone number 864-381-7289, is attached to his current cell phone.

10. Affiant confirm Transworld Systems Inc, never produce account level documents showing they were given permission to collect money from the me.

11. Affiant confirm that TSI never produced any documents and/or records showing where I gave them permission to call the phone numbers in the complaint.

12. Affiant confirm that he gave TSI an opportunity to avoid litigation prior to filing this lawsuit.

13. Affiant confirms that TSI pull his credit reports without his permission or consent.

14. Affiant had several message on his voicemail from the Defendant, where automated message or pre-recorded message was heard saying "please continue hold" and sometimes will hear hold music prior to a live person connected and asking for my name.

15. Affiant never heard of ECMC prior to TSI mentioning their connection with them. Nor did I gave them permission to call me.

I declare under penalty of perjury that the forgoing is true and correct.

_____
Earl Gavin / Affiant


Witness my hand and official Seal.

Sworn to (or affirmed) and subscribed before me

this 14th day of March, 2017 2018

_____ (Notary Seal)
Signature of Notary Public

My Commission Expires: 03/17/2027

**Subject:** Global Virtual Opportunities Inc Customer Receipt/Purchase Confirmation
**From:** Ilona Therien (support@support.gvocom.com)
**To:** emcnabb47@yahoo.com;
**Date:** Wednesday, August 1, 2012 1:46 AM

# Thank you for your order!

Merchant: Global Virtual Opportunities Inc
Description: hostthenprofit
Invoice Number: GoGVO.com

**Billing Information**
Earl E Gavin
300 Marion Ave
Gaffney, SC 29341
US
emcnabb47@yahoo.com
8032165162

**Shipping Information**

**Total: US $9.97**

Date/Time: 01-Aug-2012 01:46:57 AM ET
Transaction ID: 4544705713

Here where I was the owner of 803-2165162

**Subject:** Global Virtual Opportunities Inc Customer Receipt/Purchase Confirmation
**From:** Ilona Therien (support@support.gvocom.com)
**To:** emcnabb47@yahoo.com;
**Date:** Wednesday, August 1, 2012 1:46 AM

## Thank you for your order!

Merchant: Global Virtual Opportunities Inc
Description: hostthenprofit
Invoice Number: GoGVO.com

**Billing Information**
Earl E Gavin
300 Marion Ave
Gaffney, SC 29341
US
emcnabb47@yahoo.com
8032165162

**Shipping Information**

**Total: US $9.97**

Date/Time: 01-Aug-2012 01:46:57 AM ET
Transaction ID: 4544705713

*Here where I was the owner of 803-2165162*

Proof 864-300-8825 is cell Phone



3/15/2018

Phone # 864-300-8825 - didnt have Unlimited minutes



Earl Gavin
300 Marion Ave
Goffney SC 29341

CERTIFIED MAIL
7017 1450 0001 6356 [illegible]

RECEIVED
CLERK, GREENVILLE, SC
2018 MAR 21 PM 3:29

U.S. POSTAGE PAID
SPARTANBURG, SC
29306
MAR 20, 18
AMOUNT
$5.71
R2304M115330-2

ys 3/21/18

United States District Court
300 East Washington St. Rm 239
Greenville SC 29601