UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| EARL GAVIN, | Civil Action No.: 7:17-cv-02445-AMQ-JDA |
| Plaintiff, | **NOTICE OF REQUEST FOR PROTECTION FROM APPEARANCES** |
| v. | |
| TRANSWORLD SYSTEMS, INC., | |
| Defendant. | |

The undersigned, Meghan Hazelwood Hall, counsel for Defendant Transworld Systems, Inc., respectfully requests protection from this Honorable Court for the time periods of May 2, 2018, through and including May 4, 2018, from June 1, 2018 through and including June 8, 2018, and from June 20, 2018 through and including June 22, 2018. The reasons for the requested protection are two out of state conferences and a long standing family vacation. There are no hearings or trials set for this matter at those times and counsel respectfully requests that this Court issue an order granting her protection request from appearance at those times.

                                          Respectfully submitted,

                                          COLLINS & LACY, P.C.

                                          *s/Meghan Hazelwood Hall*
                                          MEGHAN HAZELWOOD HALL
                                          Federal Bar No. 11720
                                          mhall@collinsandlacy.com
                                          KELSEY J. BRUDVIG
                                          Federal Bar No. 12329
                                          kbrudvig@collinsandlacy.com
                                          1330 Lady Street, 6th Floor
                                          Columbia, SC 29201-2487
                                          Telephone: (803) 256-2660
                                          Facsimile: (803) 771-4484

                                          ATTORNEYS FOR DEFENDANT,
                                          TRANSWORLD SYSTEMS, INC.

Columbia, South Carolina
April 19, 2018

## CERTIFICATE OF SERVICE
(Case No. 7:17-cv-02445-AMQ-JDA)

    The undersigned employee of Collins & Lacy, P.C., hereby certifies that she has served the following named individual(s) with a copy of the pleading(s) indicated below via email and/or by mailing a copy of same to them in the United States mail, with sufficient postage affixed thereto and return address clearly marked on the date indicated below:

Earl Gavin
300 Marion Ave.
Gaffney, SC 39341
egav1986@gmail.com

**PLEADING:  NOTICE OF REQUEST FOR PROTECTION FROM APPEARANCES**

                COLLINS & LACY, P.C.

By:     *s/Meghan H. Hall*
        MEGHAN H. HALL
        Federal I.D. # 11720

Columbia, South Carolina
April 19, 2018