IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK GREENVILLE, SC
2018 JUN 15 PM 3:46

Earl Gavin,

        Plaintiff,

vs.

        C/A No: 7:17-cv-02445-DCC-JDA

Transworld Systems Inc.

        Defendant,

### NOTICE OF SETTLEMENT

NOW COMES Plaintiff, Earl Gavin, and hereby informs the court that a

settlement of the present matter has been reached between Defendant, Transworld

Systems Inc ("TSI") and Earl Gavin. The parties are currently in the process of executing

the aforementioned settlement agreement, which is anticipated to be completed

within the next 21 days.

        Respectfully Submitted,

        *Earl Gavin*

        _____
        Earl Gavin
        300 Marion Ave
        Gaffney SC 29341
        Pro se'

## CERTIFICATE OF SERVICE

I hereby certify that I have this below, served true and correct copies of the following document: Notice of Settlement via email & regular mail, addressed to

Dated: June 14, 2018

Spencer Michael Schulz, Attorney
Sessions, Fishman, Nathan & Israel
3850 N. Causeway Blvd., Suite 200,
Metairie, LA 70002-7227
sschulz@sessions.legal

Attorneys for defendant, Transworld Systems, Inc