UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| EARL GAVIN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Case No. 7:17-cv-02445-AMQ-JDA |
| TRANSWORLD SYSTEMS, INC., | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Earl Gavin, and Defendant, Transworld Systems, Inc. ("TSI"), through undersigned counsel, hereby stipulate that they have settled the above-captioned matter. Accordingly, the parties stipulate and request that the Court dismiss the matter with prejudice and that each party bear their own costs and fees.

Respectfully submitted,

/s/
Earl Gavin
300 Marion Ave.
Gaffney, SC 29341
Email: egav1986@gmail.com

*Pro se Plaintiff*

/s/ Meghan Hazelwood Hall
Meghan Hazelwood Hall, Esq.
Collins & Lacy
P.O. Box 12487
Columbia, SC 29211
Ph: (803) 256-2660
Fax: (803) 771-4484
Email: mhall@collinsandlacy.com

*Attorneys for defendant,
Transworld Systems, Inc.*